IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



EZEKIEL BROWN,

    Plaintiff,

v.                              Civil Action No. 3:19CV110

SERGEANT HURRELL, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on March 29, 2019, the Court conditionally docketed the action. Ezekiel Brown requested leave to proceed in forma pauperis. By Memorandum Order entered on May 10, 2019, the Court directed Brown to pay an initial partial filing fee of $27.00 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. See 28 U.S.C. § 1915(b)(1). Brown has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Brown is not entitled to proceed in forma pauperis. Brown's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Brown.

                                        /s/    *REP*
                                    Robert E. Payne
                                    Senior United States District Judge

Date: July 1, 2019
Richmond, Virginia